IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) Criminal No. 8:20-PO-20 (GLF) |
| | ) |
| v. | ) **Information** |
| | ) |
| **KISHAN PATEL,** | ) Violation:  8 U.S.C. § 1325 |
| | )  [Improper Entry by Alien] |
| | ) |
| | ) 1 Count |
| | ) |
| **Defendant.** | ) County of Offense:  St. Lawrence |

U.S. DISTRICT COURT - N.D. OF N.Y.
**F I L E D**
FEB 1 0 2020
AT____ O'CLOCK____
John M. Domurad, Clerk - Plattsburgh

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**[Improper Entry by Alien]**

On or about January 29, 2020, in St. Lawrence County in the Northern District of New York, the defendant, **KISHAN PATEL**, an alien, eluded examination and inspection by immigration officers as he entered the United States from Canada, in violation of Title 8, United States Code, Section 1325(a)(2).

Dated: February 10, 2020

GRANT C. JAQUITH
United States Attorney

By: _____
Douglas G. Collyer
Assistant United States Attorney
Bar Roll No. 519096